UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BIKER DESIGN, INC.,
a Florida corporation,

    Plaintiff,

v.

                                     Case No: 6:10-CV-320-ORL-31 KRS

PRINTEX GRAPHICS, INC.,
a Florida corporation; BIKER
APPAREL, INC., a Florida corporation;
and JOHN DOES 1-10, unknown;

    Defendants.
_____/

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court pursuant to the Plaintiff's Agreed Motion for Entry of Consent Judgment and Permanent Injunction. The Motion advises that the parties have reached a settlement and requests that this Court enter a Consent Judgment and Permanent Injunction. The Court **GRANTS** this motion and enters the following consent judgment.

The parties hereby stipulate and admit to the following facts:

1.    Plaintiff Biker Design, Inc. filed suit in this Court against Defendants Printex Graphics, Inc. and Biker Apparel, Inc. alleging infringement of Plaintiff's copyright.

2.    Jurisdiction and venue are proper in this Court.

3. The parties have settled their dispute and agree that this Court should enter judgment.

The Court being duly advised, accepting the admissions, finds that:

1. Defendants admit, and have no evidence to contradict, that Plaintiff is the owner of a valid Copyright in the work registered under U.S. Copyright Registration Number VA 1699475.

2. Defendants Biker Apparel and Printex are making and/or offering for sale tee shirts, sweatshirts and/or sleeveless denim shirts that contain unauthorized reproductions of the work registered under U.S. Copyright Registration Number VA 1699475, causing damage to Plaintiff.

3. Defendant Printex is the owner of U.S. Copyright Registration Number VA 1701158, a collective work that contains one design that is substantially similar to the work registered under U.S. Copyright Registration Number VA 1669475, causing damage to Plaintiff.

It is hereby **ORDERED and ADJUDGED** that:

1. Biker Apparel, Inc. and Printex Graphics, Inc., and all entities acting in concert or participation with them, including but not limited to their agents, employees, attorneys, distributors, customers and licensees, are hereby PERMANENTLY ENJOINED from possessing, reproducing, selling, offering for sale, copying or otherwise distributing the work registered under U.S. Copyright Registration Number VA 1669475, or any derivation or modification of it, or taking any other action in contradiction of the Settlement Agreement entered into between the parties consenting to this judgment.

2. Printex Graphics, Inc. will immediately amend, withdraw or cancel its U.S. Copyright Registration Number VA 1701158.

3. Each party hereto shall bear its own costs and attorneys' fees.

4. The Court shall retain jurisdiction to enforce the terms of this Consent Judgment.

Done and Ordered this 1st day of ~~February~~ April, 2010.

JUDGE GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to All Parties